# Court of Appeals
# of the State of Georgia

ATLANTA,  November 01, 2021

*The Court of Appeals hereby passes the following order:*

## A22D0087. DAVEY M. WRIGHT v. JOANE M. TAPE.

On September 1, 2021, the trial court entered a Family Violence Twelve Month Protective Order, in which it ordered Davey M. Wright to refrain from contact with Joane M. Tape and the parties' eight-year-old son. Appearing pro se, Wright filed a notice of appeal, a motion for new trial, and the instant application for discretionary appeal on October 1, 2021. We lack jurisdiction.

Appeals from final orders in domestic relations cases require an application for discretionary review. See *Voyles v. Voyles*, 301 Ga. 44, 45 (799 SE2d 160) (2017); OCGA § 5-6-35 (a) (2). However, Wright's motion for new trial remains pending below. Therefore, the September 1, 2021 order he seeks to challenge is not final, and Wright was required to comply with the interlocutory appeal procedures of OCGA § 5-6-34 (b) and obtain a certificate of immediate review from the trial judge in order to appeal the order. See *Hann v. State*, 292 Ga. App. 719, 720 (1) (665 SE2d 731) (2008); *Drake v. Clutter*, 194 Ga. App. 644, 645 (391 SE2d 473) (1990). Moreover, OCGA § 5-6-35, the discretionary appeal statute, does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6-34 (b). See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).

Wright's failure to comply with the interlocutory appeal procedures set forth above deprives this Court of jurisdiction over this application. Accordingly, Wright's

application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,  11/01/2021*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*